# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH COOPER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN, Acting** | : | **NO. 12-3328** |
| **Commissioner of Social Security** | : | |

## ORDER

**AND NOW**, this 4th day of September, 2013, upon consideration of the Plaintiff's Motion In Support of Request for Review (Document No. 9), the defendant's response (Document No. 12), the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 19), the Plaintiff's Written Objections, the defendant's response to plaintiff's objections, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.  The plaintiff's objections to the Report and Recommendation are **OVERRULED**.[1]

2.  The Report and Recommendation of Magistrate Judge M. Faith Angell is **APPROVED** and **ADOPTED**.

3.  The plaintiff's Motion in Support of Request for Review (Document No. 9) is **DENIED**.

          /s/ Timothy J. Savage
          TIMOTHY J. SAVAGE, J.

---

[1] Contrary to the plaintiff's contention, the Administrative Law Judge (ALJ) did consider the plaintiff's obesity in combination with his multiple impairments. Reading the decision as a whole, we find, as did the magistrate judge, that the ALJ identified the listed impairments, discussed the evidence of the claimant's impairments, analyzed them singularly and in combination with his obesity, and evaluated the medical evidence. The ALJ did what was required to make a disability determination.